83,037-01

5.12.15

To whom it may concern,

My name is Benjamin Haley Taylor I am writing in Reference TR. CT. NO. ER 65927-A WR-83,037-01. On April 10, 2015 I filed a motion to Amend concerning my 11.07 in the 27th district court. I have wrote the District clerk to try to find the filing date, and she has failed to respond. Therefore I am writing you to see if you can help me please. Thank you!

Benjamin Taylor

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 4 2015

Abel Acosta, Clerk